UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

| PAUL J. MOORE, | ) | |
|---|---|---|
| | ) | |
| Petitioner, | ) | |
| vs. | ) | 1:11-cv-0321-TWP-TAB |
| | ) | |
| SUPERINTENDENT STINE, | ) | |
| | ) | |
| Respondent. | ) | |

# E N T R Y

The petitioner's motion for appointment of counsel (Dkt. No. 8) is **denied** because this is not a case in which it is in the interests of justice to make such an appointment. *Cf.* 18 U.S.C. § 3006A(a)(2)(B) ("Whenever . . . the court determines that the interests of justice so require, representation may be provided for any financially eligible person who . . . is seeking relief under section 2241, 2254, or 2255 of title 28."). This conclusion is based on the fact that the petitioner has adequately expressed and presented his claims, because the claims themselves are not complex, and because the court's review of the prison disciplinary proceeding under 28 U.S.C. § 2254 is quite narrow.

**IT IS SO ORDERED.**

Date: 04/28/2011

_____
Hon. Tanya Walton Pratt, Judge
United States District Court
Southern District of Indiana

Distribution:

PAUL J. MOORE
DOC #194496
NEW CASTLE CORRECTIONAL FACILITY
Inmate Mail/Parcels
1000 Van Nuys Road
NEW CASTLE, IN 47362

Indiana Attorney General
Indiana Government Center South
Fifth Floor
402 W. Washington Street
Indianapolis, IN 46204